AO 91 (Rev 8/01)    Criminal Complaint

**United States District Court**
**Southern District of Texas**

OCT - 4 2007

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
V.
Gustavo TIJERINA-Sandoval
A88 335 482
AKA:
IAE
the United Mexican States    YOB: 1983
(Name and Address of Defendant)

# CRIMINAL COMPLAINT

Case Number:    7:07-po-05183

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 1, 2007** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(*Track Statutory Language of Offense*)
**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)    (Misdemeanor)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Gustavo TIJERINA-Sandoval was encountered by Border Patrol Agents near Weslaco, Texas on October 3, 2007. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on September 1, 2007 by wading across the Rio Grande River near the Progreso, Texas Port of Entry.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Raul Aguilar            Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**October 4, 2007**                    at   **McAllen, Texas**
Date                                        City and State

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer